The State of Missouri, Respondent, v. E. Heffernan, Appellant.

St. Louis Court of Appeals, January 19, 1886.

Criminal Law—Appellate Practice.—In a criminal action, the appellate court will examine the entire transcript of the record, though no assignment of errors and no brief is filed by the appellant.

Appeal from the Lawrence County Circuit Court, M. G. McGregor, Judge.

*Affirmed.*

Rombauer, J., delivered the opinion of the court.

Upon an indictment legally sufficient, and properly presented, charging the defendant with unlawfully selling fermented and distilled liquors on the first day of the week, commonly called Sunday, he was arraigned, tried, and found guilty, and sentenced to pay a fine of seventeen dollars.

No assignment of errors or briefs have been filed in this court. We have carefully examined the record, however, and find no error therein.

The judgment is affirmed. All the judges concur.